**Name and Address:** Dmitry Vyatkin, Timurovskaya str., 9-76, Saint-Petersburg, 195297, Russian Federation.

FILED
2013 AUG 12 P 12:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Case No.:** CV 13 3725

**Plaintiff / Petitioner:** Dmitry Vyatkin

vs.

**Defendant / Respondent:** Intel Corporation

**Document Name:** CLAIM about employment discrimination on the unknown basis.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Dmitry Vyatkin*
                    Plaintiff,

vs.                                                    CASE NO. _____

*Intel Corporation*                                    EMPLOYMENT DISCRIMINATION
                    Defendant(s).                      COMPLAINT

1. Plaintiff resides at:
   Address *Timurovskaya street, 9-76.*
   City, State & Zip Code *Saint-Petersburg, Russia, 195297.*
   Phone *+7(911)9049883*

2. Defendant is located at:
   Address *2200 Mission College Blvd.*
   City, State & Zip Code *Santa Clara, CA, 95054.*

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

c. __ Failure to promote me.

d. ✓ Other acts as specified below.

_Failure to select me to the interview._

5. Defendant's conduct is discriminatory with respect to the following:

   a. __ My race or color.

   b. __ My religion.

   c. __ My sex.

   d. __ My national origin.

   e. ✓ Other as specified below.

   _Unknown reason._

6. The basic facts surrounding my claim of discrimination are:

   _Defendant refuses to select me to the interview without giving a legal reason few times. Therefore I believe the reason is illegal. I am the best worker._

7. The alleged discrimination occurred on or about _11 Jan 2012_.

   (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

1  discriminatory conduct on or about _not applicable._
2                                    (DATE)
3  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about _not applicable._
5                                    (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7       Yes ____   No ✓
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

11 DATED: _29 july 2013._            _[signature]_
12                                   SIGNATURE OF PLAINTIFF

14 (PLEASE NOTE: NOTARIZATION        _Dmitry Vyatkin_
15 IS NOT REQUIRED.)                 PLAINTIFF'S NAME
16                                   (Printed or Typed)

Form-Intake 2 (Rev. 4/13)           - 3 -

*printed from e-mail*

For your information only
**Thank you for your application**

Dear Dmitry,

We would like to thank you for your application on 6/8/11* for the position of Research Intern (DSP), job number 599058**. Unfortunately, you were not selected to interview for this position. Please review the following for next steps and where you can go if you need more information or have questions.

Your resume/curriculum vitae (C.V.) will remain in our database for three years. The database enables Intel to match your skills and experience to specific job openings.

Recommended Next Steps

- We encourage you to continue to explore job opportunities at the Jobs at Intel website or, if you are an employee, Jobs OnLine.

- Visit your candidate profile if you want to review or update your information. You can also track the status of your job application(s) by selecting My Job Page > My Submissions tab.

- Meet connect, interact, and exchange ideas with real Intel employees around the world. We've created Your Job Network where you can explore life at Intel and select the social networking options that work best for you.

We thank you for your interest in Intel and wish you success in your job search.

Regards,

Intel Staffing

*The application date reflects either the date you applied or the date you were matched to job number 599058 by Intel.

**This notification applies only to job number 599058. If you have been matched to another job by Intel, or you apply to other job postings, you will receive correspondence specific to those positions in a separate emails.

Do you have questions or need more information?

Visit our Candidate Help Desk for tips about applying for a job or accessing our data retention and privacy policies. Intel conducts business with uncompromising integrity and professionalism. To learn more about what makes Intel a great place to work, review our commitment to diversity and corporate responsibility. If you're unable to find the information you need, please send us your feedback or questions. This is an automated message that does not accept replies.