**FILED**

UNITED STATES COURT OF APPEALS

FEB 26 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DMITRY VYATKIN, | No. 14-15030 |
| Plaintiff - Appellant, | D.C. No. 5:13-cv-03725-HRL<br>Northern District of California,<br>San Jose |
| v. | |
| INTEL CORPORATION, | ORDER |
| Defendant - Appellee. | |

Before: LEAVY, TASHIMA, and GRABER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se