UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DMITRY VYATKIN,

        Plaintiff - Appellant,

 v.

INTEL CORPORATION,

        Defendant - Appellee.

No. 14-15030

D.C. No. 5:13-cv-03725-HRL
U.S. District Court for Northern
California, San Jose

**MANDATE**

     The judgment of this Court, entered February 26, 2014, takes effect this date.

     This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                   FOR THE COURT:
                                   Molly C. Dwyer
                                   Clerk of Court

                                   Rebecca Lopez
                                   Deputy Clerk