**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                            General Court Number
Clerk                                                                                      408.535.5363

March 21, 2014

CASE NUMBER:    **CV 13-03725 HRL**
CASE TITLE:    **DMITRY VYATKIN-v- INTEL CORPORATION**
DATE MANDATE FILED:   3/21/2014


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                                                  Sincerely,

                                                                  RICHARD W. WIEKING, Clerk



                                                                  by: /s/D.  Miyashiro
                                                                  Case Systems Administrator


Distribution:   CIVIL        -   Counsel of Record

                CRIMINAL     -   Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office


NDC App-16